1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10   DARRYL KEITH ALEXANDER,

11                Petitioner,                 No. 2: 11-cv-1666 KJN P

12        vs.

13   DOMINGO URIBE, JR.,

14                Respondent.            <u>ORDER</u>

15   _____/

16            Petitioner, a state prisoner proceeding without counsel, has filed an amended

17   petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with an application to

18   proceed in forma pauperis.

19            Examination of the in forma pauperis application reveals that petitioner is unable

20   to afford the costs of suit.  Accordingly, the application to proceed in forma pauperis will be

21   granted.  <u>See</u> 28 U.S.C. § 1915(a).

22            The amended petition raises seven claims.  Attached as an exhibit to the amended

23   petition is a copy of the table of contents from petitioner's petition for review filed in the

24   California Supreme Court.  The claims raised in the petition for review are not included in the

25   seven claims raised in the amended petition.  It is unclear whether petitioner intends to raise in

26   the instant action the claims raised in the petition for review.

In accordance with the above, IT IS HEREBY ORDERED that:

1.  Petitioner's application to proceed in forma pauperis (Dkt. No. 10) is granted;

2.  Within fourteen days of the date of this order, petitioner shall inform the court whether he intends to raise the claims he raised in his petition for review in the instant action *or* whether he intends to raise only the seven claims included within the body of the amended petition.  Following receipt of this further briefing, the court will order the respondent to file a response to the amended petition.

DATED:  August 11, 2011

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

alex1666.ord

2