IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DARRYL KEITH ALEXANDER,

    Petitioner,                                No. 2:11-cv-1666 GEB KJN P

    vs.

DOMINGO URIBE, et al.,

    Respondents.                       ORDER

_____/

       On February 8, 2012, the court ordered petitioner to show cause for his failure to oppose respondent's motion to dismiss filed December 28, 2011.  On February 23, 2012, petitioner filed a response to the show cause order.  Petitioner states that he could not file an opposition because the prison was on lockdown and he did not have law library access.  Petitioner requests a thirty day extension of time to file his opposition.

       Good cause appearing, IT IS HEREBY ORDERED that:

       1. The show cause order is discharged;

       2. Petitioner's motion for extension of time (Dkt. No. 31 ) is granted;

////

////

////

3. Petitioner shall file an opposition to the motion to dismiss within thirty days from the date of this order.

DATED: February 28, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

alex1666.111