IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DARRYL KEITH ALEXANDER,

    Plaintiff,                    No. 2:11-cv-1666 GEB KJN P

    vs.

DOMINGO URIBE, et al.,

    Defendants.              ORDER

_____/

        On August 27, 2012, plaintiff filed a request for reconsideration of the magistrate judge's order filed July 12, 2012, denying plaintiff's motion to appoint counsel. Pursuant to E.D. Local Rule 303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

        Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed July 12, 2012, is affirmed.

Dated: October 10, 2012

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge