IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DARRYL KEITH ALEXANDER,

    Petitioner,                    No. 2:11-cv-1666 GEB KJN P

    vs.

DOMINGO URIBE,

    Respondent.                 ORDER

_____/

        Petitioner requested the appointment of counsel. There currently exists no absolute right to appointment of counsel in habeas proceedings. See Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996). However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." See Rule 8(c), Fed. R. Governing § 2254 Cases. On October 31, 2012, petitioner's application for writ of habeas corpus was dismissed, and judgment was entered. Thus, the court does not find that the interests of justice would be served by the appointment of counsel.

////

////

////

////

1

1        Accordingly, IT IS HEREBY ORDERED that petitioner's January 18, 2013 request for appointment of counsel (dkt. no. 61) is denied.

DATED: January 29, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

alex1666.110