IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DARRYL KEITH ALEXANDER,

    Petitioner,                   No. 2:11-cv-1666 GEB KJN P

    vs.

DOMINGO URIBE,

    Respondent.                 ORDER

                             /

        Petitioner, a state prisoner proceeding pro se, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

        On January 11, 2013, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days. Petitioner filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1  Accordingly, IT IS HEREBY ORDERED that:

2  1. The findings and recommendations filed January 11, 2013, are adopted in full; and

4  2. Petitioner's second request for an extension of time to file an appeal (dkt. no. 57) is denied.[1]

Dated: February 21, 2013

*/s/ Garland E. Burrell, Jr.*
GARLAND E. BURRELL, JR.
Senior United States District Judge

---

[1] On October 31, 2012, the court declined to issue a certificate of appealability.